■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN STEVENS, Appellant. [31 NYS3d 905]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), entered December 2, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, DeJoseph and Curran, JJ.